# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00698-CV

**Diana S. Palacios, as Next Friend to Marcos Palacios, Appellant**

**v.**

**Brad Wilson and The Children=s Dental Center, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT NO. GN102391, HONORABLE DONALD HUMBLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

We dismiss the appeal of Diana S. Palacios, as next friend to Marcos Palacios, for want of prosecution.

Appellant=s brief is overdue.  The brief was due to be filed on January 13, 2003.  By letter dated March 12, 2003, this Court=s clerk reminded appellant that her brief was overdue.  The letter warned that, unless the Court received a brief or a response by March 24, 2003, the Court could dismiss the cause for want of prosecution.  Appellant has not filed either a brief or a response to the letter.

Accordingly, we dismiss this appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).


Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed for Want of Prosecution

Filed:   April 24, 2003